UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HBH CALIFORNIA, LLC,<br><br>Defendant. | No. 1:25-cv-00398-JLT-SKO<br><br>**SCHEDULING ORDER** |

On August 7, 2025, a scheduling conference was held. Amir Seyedfarshi, Esq. appeared telephonically on behalf of Plaintiff and the putative class members. Kimberly Shappley, Esq. appeared telephonically on behalf of Defendant.

The Court set the following deadlines:

1. Class certification discovery shall be completed by no later than **October 2, 2026**.

2. The motion for class certification shall be filed by no later than **November 1, 2026**.

3. Any opposition to the motion for class certification shall be filed by no later than **January 15, 2027**.

4. Any reply brief in support of the motion for class certification shall be filed by no later than **February 5, 2027**.

5. The motion for class certification shall be heard on **March 3, 2027**, at 9:30 a.m., in

1  Courtroom 7 before the Honorable Sheila K. Oberto, United States Magistrate
2  Judge, subject to being taken under submission pursuant to E.D. Cal. Local Rule
3  230(g).
4  6.  A status conference to set further scheduling dates is set for **May 25, 2027**, at 9:30
5  a.m., before Magistrate Judge Oberto.  Telephonic appearances are approved; all
6  parties appearing telephonically shall call 669-254-5252; Meeting ID 160 801 1115;
7  passcode 449390, at the date and time for the conference.  By no later **May 18, 2027**,
8  the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format
9  a report providing (a) dates agreed to by all counsel for all remaining deadlines and
10  (b) an updated status of the case.

IT IS SO ORDERED.

Dated:   **August 7, 2025**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE

2