UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GARCIA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HBH CALIFORNIA, LLC., a Georgia limited liability company, and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No. 1:25-cv-00398-JLT-SKO<br><br>**ORDER GRANTING JOINT MOTION TO STAY ACTION PENDING MEDIATION**<br><br>(Doc. 17) |

The Court, having considered the Parties' Joint Motion, (Doc. 17), and good cause appearing, HEREBY ORDERS as follows:

1. This litigation is STAYED pending the conclusion of mediation.
2. The dates set forth in the scheduling order, (*see* Doc. 16), are VACATED.
3. Within seven (7) days of the conclusion or cancellation of the mediation, the parties SHALL file either a (1) Notice of Settlement or (2) Joint Status Report, at which point the case schedule shall be re-set if appropriate.

IT IS SO ORDERED.

Dated: **January 5, 2026**         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING JOINT MOTION TO STAY ACTION PENDING MEDIATION